IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTA THOMAS,**<br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**CVS PHARMACY, INC., CVS PHARMACY STORE #7183, JOHN DOE PROPERTY OWNERS (1-3), JOHN DOE MAINTENANCE COMPANIES (1-3), JOHN DOE REPAIR COMPANIES, JOHN DOE INSPECTION COMPANIES (1-3) AND CVS PHARMACY, INC. ,**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-4166** |

## O R D E R

**AND NOW**, this 24th day of January, 2023 , It has been reported that the issues between the parties in the above action have been settled and upon order of the court pursuant to the provisions of rule 41.1(b) of the local rules of civil procedure of this court, it is ordered that the above action is dismissed with prejudice, by agreement of counsel, without costs.

　　The Clerk of Court shall **CLOSE** this matter.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**